IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Timothy Kern, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:22-cv-01993-CCC |
| | : | |
| Phillips Workplace Interiors, Inc. | : | |
| | : | |
| Defendants. | : | |

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was scheduled to be held on October 13, 2023. During the Mediation, the Parties exchanged settlement demands, which resulted in an agreement being reached. The Parties are working to finalize the terms of the agreement and we consider this matter resolved:

    __X__    The case has been completely settled.

    _____    No settlement reached.

    _____    The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.

    BUCHANAN INGERSOLL & ROONEY PC

    By: *s/Anthony (T.J.) Andrisano*
    Anthony (T.J.) Andrisano, Esquire
    PA Bar No. 201231
    409 N. Second Street, Suite 500
    Harrisburg, PA  17101
    (717) 237-4800
    Email: anthony.andrisano@bipc.com

DATE:  October 13, 2023

## **CERTIFICATE OF SERVICE**

I certify that I am this day serving a copy of the foregoing document upon all parties of record via the Court's ECF system.

                By:  *s/Jamie C. Cabuyadao*
                     Jamie C. Cabuyadao
                     Practice Assistant

DATE:  October 13, 2023