IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIM KERN, | ) |
| | ) |
| | ) CIVIL ACTION NO: 1:22-cv-1993 |
| Plaintiff, | ) |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| PHILLIPS WORKPLACE INTERIORS, INC., | ) |
| | ) |
| | ) *Electronically Filed* |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Tim Kern, and Defendant, Phillips Workplace Interiors, Inc., by and through their respective undersigned counsel, hereby stipulate that based upon the settlement reached by Plaintiff and Defendant in the above-captioned action, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, all claims shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs and disbursements.

Respectfully submitted,

**WEISBERG CUMMINGS, P.C.**

Dated: January 23, 2024

*/s/ Steve T. Mahan*
Steve T. Mahan (PA 313550)
smahan@weisbergcummings.com
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707
(717) 233-8133 (Fax)

1

*Counsel for Plaintiff*

**PILLAR AUGHT**

Dated: <u>January 23, 2024</u>   <u>*/s/ John R. Martin*</u>
John R. Martin (PA 204125)
jmartin@pillaraught.com
4201 E. Park Circle
Harrisburg, PA 17111
(717) 308-9910